**Scott D. Eads,** OSB #910400
Email: seads@schwabe.com
**Nicholas F. Aldrich, Jr.,** OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff AgaMatrix, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AGAMATRIX, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DEXCOM, INC.,** a Delaware corporation,<br><br>Defendant. | Case No. 3:16-cv-00536-JE<br><br>**PLAINTIFF AGAMATRIX, INC.'S ANSWER TO DEXCOM, INC.'S AMENDED COUNTERCLAIMS** |

Plaintiff AgaMatrix, Inc. ("AgaMatrix") answers Defendant Dexcom, Inc.'s ("Dexcom") Amended Counterclaims [Dkt. 30] as set forth herein.

AgaMatrix incorporates by reference each of the allegations in its First Amended Complaint [Dkt. 23] as if fully set forth herein. For a further answer to Dexcom's Amended Counterclaims, AgaMatrix responds as follows:

1. Admitted that Dexcom is seeking a Declaratory Judgment of non-infringement and invalidity as to U.S. Patent Nos. 7,146,202 ("the '202 Patent"), 8,187,433 ("the '433 Patent"), and 7,529,574 ("the '574 Patent").

2. Admitted that Dexcom claims to be a Delaware corporation with its principal place of business at 6340 Sequence Dr., San Diego, CA 92121.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted that Dexcom denies infringement and purports to dispute the validity of one or more of the asserted claims of the ’202 Patent, the ’433 Patent, and the ’574 Patent.

7. Admitted that there is an actual and justiciable controversy between Dexcom and AgaMatrix concerning the infringement and validity of the ’202 Patent, the ’433 Patent, and the ’574 Patent.

8. Admitted that this Court has subject matter jurisdiction to determine this action under 28 U.S.C. §§ 1331, 1338 and 2201. Except as admitted expressly herein, AgaMatrix denies the remaining allegations of paragraph 8 of the Amended Counterclaims.

9. Admitted that this Court has personal jurisdiction over AgaMatrix, and venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1391(c) because AgaMatrix conducts business in this district and has availed itself of this Court’s jurisdiction by having sued Dexcom in this Court. Except as admitted expressly herein, AgaMatrix denies the remaining allegations of paragraph 9 of the Amended Counterclaims.

**COUNTERCLAIM I**

**(Declaration of Non-Infringement of the ’202 Patent)**

10. To the extent any response to paragraph 10 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-9 of the Amended Counterclaims as if set forth in full here.

11. Admitted.

12. Admitted.

13. Denied.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

14. Denied.

15. Denied.

16. Denied.

**COUNTERCLAIM II**

**(Declaration of Invalidity of the ’202 Patent)**

17. To the extent any response to paragraph 17 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-16 of the Amended Counterclaims as if set forth in full here.

18. Admitted.

19. Denied.

20. Denied that any of the identified references render the asserted claims of the ’202 Patent invalid as anticipated and/or obvious, and any remaining allegations of paragraph 20 of the Amended Counterclaims are also denied.

21. AgaMatrix objects to the allegations of paragraph 21 of the Amended Counterclaims as unintelligible. To the extent the allegations can be understood, they are denied.

**COUNTERCLAIM III**

**(Declaration of Non-Infringement of the ’433 Patent)**

22. To the extent any response to paragraph 22 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-21 of the Amended Counterclaims as if set forth in full here.

23. Admitted.

24. Admitted.

25. Denied.

26. Denied.

27. Denied.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

## COUNTERCLAIM IV

## (Declaration of Invalidity of the ’433 Patent)

28. To the extent any response to paragraph 28 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-27 of the Amended Counterclaims as if set forth in full here.

29. Admitted.

30. Denied.

31. Denied that any of the identified references render the asserted claims of the ’433 Patent invalid as anticipated and/or obvious, and any remaining allegations of paragraph 31 of the Amended Counterclaims are also denied.

32. AgaMatrix objects to the allegations of paragraph 32 of the Amended Counterclaims as unintelligible. To the extent the allegations can be understood, they are denied.

## COUNTERCLAIM V

## (Declaration of Non-Infringement of the ’574 Patent)

33. To the extent any response to paragraph 33 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-32 of the Amended Counterclaims as if set forth in full here.

34. Admitted.

35. Admitted.

36. Denied.

37. Denied.

38. Denied.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

**COUNTERCLAIM VI**

**(Declaration of Invalidity of the ’574 Patent)**

39. To the extent any response to paragraph 39 of Dexcom’s Amended Counterclaims is required, AgaMatrix incorporates its responses to paragraphs 1-38 of the Amended Counterclaims as if set forth in full here.

40. Admitted.

41. Denied.

42. Denied that any of the identified references render the asserted claims of the ’574 Patent invalid as anticipated and/or obvious, and any remaining allegations of paragraph 42 of the Amended Counterclaims are also denied.

43. AgaMatrix objects to the allegations of paragraph 43 of the Amended Counterclaims as unintelligible. To the extent the allegations can be understood, they are denied.

**EXCEPTIONAL CASE**

44. AgaMatrix objects to paragraph 44 of Dexcom’s Amended Counterclaims as it does not constitute a cognizable counterclaim, is redundant to recitations in Dexcom’s Prayer for Relief, is otherwise extraneous to any alleged counterclaims, and appears to be interposed here solely for purposes of posturing. To the extent the allegations of paragraph 44 require any response, they are denied.

**GENERAL DENIAL AND RESPONSE TO PRAYER FOR RELIEF**

AgaMatrix specifically denies each and every allegation contained in Dexcom’s Amended Counterclaims not otherwise specifically admitted herein. AgaMatrix further denies that Dexcom is entitled to any of the remedies or relief listed in paragraphs A-F of Dexcom’s Prayer for Relief.

**PRAYER FOR RELIEF**

WHEREFORE, in addition to the relief requested by its June 6, 2016 First Amended



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Complaint [Dkt. 23], AgaMatrix respectfully requests a judgment against Dexcom as follows:

A. That Dexcom take nothing by its Amended Counterclaims in this action;

B. That Dexcom's Amended Counterclaims in this action be dismissed in their entirety with prejudice;

C. Denying Dexcom any costs, expenses, attorneys' fees, or other relief;

D. Finding that this case is exceptional and awarding AgaMatrix its costs, expenses and reasonable attorneys' fees pursuant to 35 U.S.C. § 285, and any other applicable laws or rules; and

E. Awarding AgaMatrix any such other and further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), AgaMatrix respectfully requests a trial by jury of all issues so triable.

Dated this 8th day of August, 2016.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Scott D. Eads*

Scott D. Eads, OSB #910400
Email: seads@schwabe.com
Nicholas F. Aldrich, Jr., OSB #160306
Email: naldrich@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900

Of Attorneys for Plaintiff
AgaMatrix, Inc.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900