

| | |
|---|---|
| Case No.: 3:16-cv-00536-MO | Date of Filing: February 14, 2017 |
| Case Title: Agamatrix, Inc. v. Dexcom, Inc. | |
| Presiding Judge: Hon. Michael W Mosman | Courtroom Deputy: Rozalind Schlatter<br>Rozalind_schlatter@ord.uscourts.gov<br>Telephone number (503) 326-8042 |
| Reporter: None | Tape No: |

**DOCKET ENTRY:**

Based on the briefings of the parties and oral argument during the Markman Hearing on February 10, 2017, the Court adopts the following claim construction:

| DISPUTED CLAIM / TERM | ADOPTED CONSTRUCTION |
|---|---|
| "structurally flexible core"<br><br>202: 1-3, 5-6, 9-11<br><br>433: 1-3, 5-6, 8-11 | a core of a sensor (or sensing element) made from a material such as nitinol or tantalum, that can be repeatedly flexed without breaking or fracturing when inserted in a patient for a period of several days |
| "surrounding, covering, and in contact with said outer surface of said core"<br><br>202: 1-3, 5-6, 9-11<br>433: 1-3, 5-6, 8-11 | No construction needed. |
| "[further] surrounds, covers, and is in contact with said at least a first end of said core<br><br>202: 11<br>433: 11 | No construction needed. |
| "said outer surface of said core"<br><br>202: 1-3, 5-6, 9-11<br>433: 1-3, 5-6, 8-11 | the cylindrical surface of the core |

| DISPUTED CLAIM / TERM | ADOPTED CONSTRUCTION |
|---|---|
| "a first end of said core"<br><br>202: 11<br>433: 11 | the distal tip of the core |
| "Electrochemically Active Metal"<br><br>202: 1-3, 5-6, 9-11<br>433: 1-3, 5-6, 8-11 | an inert metal that allows current production from the reaction of certain chemicals |
| "electrochemically active metal prevents body fluid from contacting said core"<br><br>433: 1-3, 5-6, 8-11 | No construction needed. |
| "a membrane system comprising an enzyme"<br><br>433: 1-3, 5-6, 8-11 | one or more membranes, at least one of which includes an enzyme |
| "electrochemically active surface"<br><br>574: 1, 4-6, 8-10, 15-17, 19 | surface of an electrochemically active substance, such as platinum |
| "cavity along said electrochemically active surface and between said at least two nubs"<br><br>574: 1, 4-6, 8 | No construction needed. |
| "a sensing region along a portion of said electrochemically active surface"<br><br>574: 9, 10, 15-17, 19 | an area for sensing an analyte along a portion of said electrochemically active surface |
| "active sensing region"<br><br>574: 9, 10, 15-17, 19 | sensing area with an enzyme layer |
| "[nub] displaced longitudinally from said electrochemically active surface"<br><br>574: 6, 17 | No construction needed. |

| DISPUTED CLAIM / TERM | ADOPTED CONSTRUCTION |
|---|---|
| "nubs"<br><br>574: 1, 4-6, 8-10, 15-17 | protruding structures |
| "surrounding said at least two nubs and said electrochemically active surface at least along said cavity"<br><br>574: 1, 4-6, 8 | No construction needed. |
| "said enzyme layer surrounding said sensing region of said electrochemically active surface to form an active sensing region and surrounding said plurality of nubs"<br><br>574: 9, 10, 15-17, 19 | No construction needed. |

**PLAINTIFF'S COUNSEL**  **DEFENDANT'S COUNSEL**

Jason Wrubleski  Calvin Griffith
Nicholas Aldrich  Andrew Woodmansee
Scott Eads  Scott Davis

cc:{ }  All counsel  DOCUMENT NO:

**Civil Minutes**  **Honorable Michael W. Mosman**
**Revised 3/15/96**