IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**WAVEFORM TECHNOLOGIES, INC.,**

      Plaintiff,

  v.

**DEXCOM, INC.,**

      Defendant.

Case No. 3:16-cv-536-MO

JUDGMENT

**MOSMAN, J.,**

As stated during the August 22, 2019, hearing, it is ORDERED that Defendant Dexcom, Inc.'s Motion [168] for Summary Judgment is GRANTED. This matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED this <u>23</u> day of August, 2019.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT